UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF TITUS, individually;

    Plaintiff,

v.

MICHAEL WERKEMA, in his individual capacity; MICHAEL BROWN, in his individual capacity; jointly and severally,

    Defendants.

Case No. 1:23-cv-00997-HYJ-SJB

HON. HALA Y. JARBOU

---

Wolfgang Mueller (P43728)
John Wm. Martin, Jr. (P42266)
Mueller Law Firm
Attorneys for Plaintiff
41850 W. Eleven Mile Road, Suite 101
Novi, MI 48375
(248) 489-9653
wolf@wolfmuellerlaw.com
john@wolfmuellerlaw.com

Allan C. Vander Laan (P33893)
Kristen L. Rewa (P73043)
Cummings, McClorey, Davis & Acho, PLC
Attorneys for Defendant Michael Werkema
2851 Charlevoix Drive SE, Ste. 203
Grand Rapids, MI 49546
(616) 975-7470
avanderlaan@cmda-law.com
krewa@cmda-law.com

Andrew J. Brege (P71474)
Rosati, Schultz, Joppich & Amtsbuechler
Attorney for Defendant Michael Brown
822 Centennial Way, Ste. 270
Lansing MI 48917
(517) 886-3800
abrege@rsjalaw.com

---

## **STIPULATED ORDER**

At a session of said Court,
held in Lansing, Michigan,
on _____, 2023

PRESENT: <u>HONORABLE HALA Y. JARBOU</u>
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN JUDGE

The parties having stipulated to entry of this Order, Attorneys Allan C. Vander Laan and Kristen L. Rewa having filed Appearances on behalf of Defendant, Michael Werkema and Attorney Andrew J. Brege having filed an Appearance on behalf of Defendant, Michael Brown; Defendants having requested additional time to answer the Complaint and Plaintiff having no objection; and the Court being otherwise fully advised,

IT IS HEREBY ORDERED that Defendant, Michael Werkema and Defendant, Michael Brown shall have until November 24, 2023 to answer Plaintiff's Complaint filed on September 19, 2023 (ECF No. 1).

**IT IS SO ORDERED.**

Date:_____

_____
Honorable Hala Y. Jarbou
United States District Court
Western District of Michigan Judge

**We hereby stipulate to entry of the above order.**

Dated: October 11, 2023          <u>/s/ *Wolfgang Mueller*_____</u>
                                  Wolfgang Mueller (P43728)
                                  John Wm. Martin, Jr. (P42266)
                                  Attorneys for Plaintiff

{01906825-1 }

Dated: October 11, 2023 /s/ *Allan C. Vander Laan*
Allan C. Vander Laan (P33893)
Kristen L. Rewa (P73043)
Attorneys for Defendant Michael Werkema

Dated: October 11, 2023 /s/ *Andrew J. Brege*
Andrew J. Brege (P71474)
Attorney for Defendant Michael Brown