UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF TITUS, individually;

        Plaintiff,

v

MICHAEL WERKEMA, in his individual capacity;
MICHAEL BROWN, in his individual capacity;
jointly and severally,

        Defendants.

Case No. 1:23-cv-00997-HYJ-SJB

Honorable Hala Y. Jarbou

Magistrate Judge Sally J. Berens

/

MUELLER LAW FIRM
Wolfgang Mueller (P43728)
John Wm. Martin, Jr. (P42266)
*Attorneys for Plaintiff*
41850 W. 11 Mile Road, Ste. 101
Novi, MI 48375
(248) 489-9653
wolf@wolfmuellerlaw.com
john@wolfmuellerlaw.com

ROSATI,    SCHULTZ,    JOPPICH    &
AMTSBUECHLER, P.C.
Andrew J. Brege (P71474)
Thomas D. Beindit (P81133)
*Attorneys for Defendant Michael Brown*
822 Centennial Way, Ste. 270
Lansing, MI 48917
(517) 886-3800
abrege@rsjalaw.com
tbeindit@rsjalaw.com

CUMMINGS,    MCCLOREY,    DAVIS    &
ACHO, PLC
Allan C. Vander Laan (P33893)
Kristen L. Rewa (P73043)
*Attorneys for Defendant Michael Werkema*
2851 Charlevoix Drive SE, Ste. 203
Grand Rapids, Michigan 49546
(616) 975-7470
avanderlaan@cmda-law.com
krewa@cmda-law.com

/

## SUGGESTION OF DEATH

NOW COMES Defendant Michael Werkema, through counsel, and suggests to the Court that co-Defendant Michael Brown is deceased, and that presently, no personal representative has been appointed nor estate opened.

Respectfully submitted,

CUMMINGS,  MCCLOREY,  DAVIS  &  ACHO, PLC

/s/ Allan C. Vander Laan_____
Allan C. Vander Laan (P33893)
Attorney for Defendant *Michael Werkema*
2851 Charlevoix Drive SE, Ste. 203
Grand Rapids, Michigan 49546
(616) 975-7470
avanderlaan@cmda-law.com

Dated:  March 13, 2024

## PROOF OF SERVICE

I hereby certify that on March 13, 2024, I electronically filed the foregoing papers with the Clerk of Court, using the ECF system, which will send notification of such filing to the attorneys of record.

Respectfully submitted,

CUMMINGS,  MCCLOREY,  DAVIS  &  ACHO, PLC

/s/ Allan C. Vander Laan_____
Allan C. Vander Laan (P33893)
Attorney for Defendant *Michael Werkema*
2851 Charlevoix Drive SE, Ste. 203
Grand Rapids, Michigan 49546
(616) 975-7470
avanderlaan@cmda-law.com

Dated:  March 13, 2024