UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF TITUS,

       Plaintiff,                          Case No. 1:23–cv–00997–HYJ–SJB

v.                                    Hon. Hala Y. Jarbou

MICHAEL WERKEMA, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Status Conference |
| Date/Time: | August 20, 2024   03:00 PM *(previously set for 7/16/2024)* |
| Chief Judge: | Hala Y. Jarbou |
| Place/Location: | 128 Federal Building, Lansing, MI |

*Video conference information remains as set forth in (ECF No. 50)*

                                              HALA Y. JARBOU
                                              Chief United States District Judge

Dated:  July 15, 2024        By:    /s/ B. Sauve_____
                                              Case Manager