UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF TITUS,

    Plaintiff,               Case No. 1:23-cv-00997-HYJ-SJB

v.                                    Hon. Hala Y. Jarbou

MICHAEL WERKEMA, et al.,

    Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Early Settlement Conference |
| Date/Time: | January 15, 2025   09:15 AM<br>*(previously set for the same day at 1:00 PM)* |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | by video |

*Change in time only. Videoconference information previously filed will remain the same (ECF No. 73).*

                                                SALLY J. BERENS
                                              U.S. Magistrate Judge

Dated:  December 17, 2024      By:   /s/ Julie Lenon
                                              Judicial Assistant