UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF TITUS, individually;

    Plaintiff,

v.

MICHAEL WERKEMA, in his individual capacity; and ESTATE OF MICHAEL BROWN, by Personal Representative Robert H. Cinabro; jointly and severally,

    Defendants.

Case No. 1:23-cv-997-HYJ-SJB
HON. HALA Y. JARBOU

---

Wolfgang Mueller (P43728)
John Wm. Martin, Jr. (P42266)
Mueller Law Firm
Attorneys for Plaintiff
41850 W. Eleven Mile Road, Suite 101
Novi, MI 48375
(248) 489-9653
wolf@wolfmuellerlaw.com
john@wolfmuellerlaw.com

Allan C. Vander Laan (P33893)
Kristen L. Rewa (P73043)
Cummings, McClorey, Davis & Acho, PLC
Attorneys for Defendant Michel Werkema
2851 Charlevoix Drive SE, Ste. 203
Grand Rapids, MI 49546
(616) 975-7470
avanderlaan@cmda-law.com
krewa@cmda-law.com

Andrew J. Brege (P71474)
Thomas D. Beindit (P81133)
Rosati, Schultz, Joppich & Amtsbuechler
Attorney for Defendant Estate of Michael Brown
822 Centennial Way, Ste. 270
Lansing MI  48917
(517) 886-3800
abrege@rsjalaw.com

---

### STIPULATED ORDER TO EXCUSE DEFENDANT MICHEL WERKEMA FROM 1/15/25 EARLY SETTLEMENT CONFERENCE

It is hereby stipulated by the parties, through their respective counsel, that Defendant Werkema is excused from attending the January 15, 2025 early settlement conference.

    IT IS SO ORDERED.

{02205891-1 }

2

**THIS IS NOT A FINAL ORDER AND DOES NOT CLOSE THIS CASE.**

Dated: _____    _____
                                                              HON. HALA Y. JARBOU
                                                              United States District Court Judge

**We hereby stipulate to entry of the above Order:**

*/s/ Wolfgang Mueller*
Wolfgang Mueller (P43728)
John Wm. Martin, Jr. (P42266)
Mueller Law Firm
Attorneys for Plaintiff


*/s/ Allan C. Vander Laan*
Allan C. Vander Laan (P33893)
Kristen L. Rewa (P73043)
Cummings, McClorey, Davis & Acho, PLC
Attorneys for Defendant Michael Werkema


*/s/ Andrew J. Brege*
Andrew J. Brege (P71474)
Thomas D. Beindit (P81133)
Rosati, Schultz, Joppich & Amtsbuechler
Attorney for Defendant Estate of Michael Brown

{02205891-1}

2