UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JEFF TITUS,

    Plaintiff,

v.                                                                                                  Hon. Hala Y. Jarbou

MICHAEL WERKEMA, et al.,                                            Case No. 1:23-cv-997

    Defendants.

## ORDER

On January 15, 2025, the parties met with the undersigned for an Early Settlement Conference. In the Court's Second Amended Case Management Order (ECF No. 57), ADR was ordered to take place on or before January 31, 2025. After discussion with all parties at the Early Settlement Conference, it appears that mediation would not be productive at this time. Therefore, the deadline to engage in Voluntary Facilitative Mediation is extended to September 1, 2025.

    IT IS SO ORDERED.

Dated: January 15, 2025                                                         /s/ Sally J. Berens
                                                                                 SALLY J. BERENS
                                                                                 U.S. Magistrate Judge