UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF TITUS, individually;

    Plaintiff,

v

MICHAEL WERKEMA, in his individual capacity;
the Estate of MICHAEL BROWN;
jointly and severally,

    Defendants.

Case No. 1:23-cv-00997-HYJ-SJB

Honorable Hala Y. Jarbou

Magistrate Judge Sally J. Berens

_____/

MUELLER LAW FIRM
Wolfgang Mueller (P43728)
John Wm. Martin, Jr. (P42266)
*Attorneys for Plaintiff*
41850 W. 11 Mile Road, Ste. 101
Novi, MI 48375
(248) 489-9653
wolf@wolfmuellerlaw.com
john@wolfmuellerlaw.com

ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.
Andrew J. Brege (P71474)
Thomas D. Beindit (P81133)
*Attorneys for the Estate of Michael Brown*
822 Centennial Way, Ste. 270
Lansing, MI 48917
(517) 886-3800
abrege@rsjalaw.com
tbeindit@rsjalaw.com

CUMMINGS, MCCLOREY, DAVIS & ACHO, PLC
Allan C. Vander Laan (P33893)
Kristen L. Rewa (P73043)
*Attorneys for Defendant Michael Werkema*
2851 Charlevoix Drive SE, Ste. 203
Grand Rapids, Michigan 49546
(616) 975-7470
avanderlaan@cmda-law.com
mheibel@cmda-law.com
krewa@cmda-law.com

_____/

**<u>DEFENDANT'S MOTION TO COMPEL AND SHOW CAUSE</u>**

**NOW COMES** Defendant, the Estate of Michael Brown, through its counsel, and requests this Court: (1) order Plaintiff's criminal defense team to produce all improperly withheld materials; (2) order Plaintiff to produce any related materials; and (3) allow Defendant's counsel to procure additional deposition testimony on these items, including continuing the depositions of Plaintiff and William Fette for the reasons stated in the attached Brief in Support. Prior to the filing of this Motion, the undersigned reached out to Plaintiff's counsel on January 31, 2025 to request concurrence for the relief requested herein. The issue was also openly discussed during Plaintiff's deposition. To date, concurrence has not been forthcoming.

                              Respectfully submitted,

                              ROSATI SCHULTZ JOPPICH &
                              AMTSBUECHLER PC

                              /s/ Thomas D. Beindit
                              Thomas D. Beindit
                              Attorney for the Estate of Michael Brown
                              822 Centennial Way, Ste. 270
                              Lansing, MI 48917
                              (517) 886-3800
                              P81133
                              tbeindit@rsjalaw.com

Dated: February 4, 2025

**Proof of Service**

I hereby certify that on February 4, 2025 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record listed herein.

                                              Respectfully submitted,

                                              ROSATI SCHULTZ JOPPICH & AMTSBUECHLER PC

                                              Thomas D. Beindit
                                              Attorneys for the Estate of Michael Brown
                                              822 Centennial Way, Ste. 270
                                              Lansing, MI 48917
                                              (517) 886-3800
                                              P81133
                                              tbeindit@rsjalaw.com

Dated: February 4, 2025