# EXHIBIT 23

# APPENDIX H

KCSD Documents Re Thomas Dillon and Man in the Ditch
1990-1993, Turned Over Via FOIA, June 2020



**MICHIGAN LAW**
UNIVERSITY OF MICHIGAN

Michigan Innocence Clinic
David A. Moran, Director

June 16, 2020

FOIA Coordinator
Kalamazoo County Sheriff's Office
1500 Lamont St.
Kalamazoo, MI 49048
ATTN: Records Section
(

Dear FOIA Coordinator:

Pursuant to the Michigan Freedom of Information Act, the Michigan Innocence Clinic requests
<u>police reports, progress notes, witness/suspect statement, sketches, and all other disclosable
documents</u> which mention, either directly or indirectly, **Thomas Dillon or Thomas Lee Dillon**
in relation to the following:

**Incident type:** Homicide

**Date:** November 17, 1990

**File/Case No.:** 90-22452

**Location:** Fulton State Game Area

**Victim Names:** Doug Estes, Jim Bennett

**Suspect Arrested:** Jeff Titus

If you have any questions regarding this request, please contact us by telephone: 734-763-9353

**MICHIGAN INNOCENCE CLINIC**

Adam Bean
*Student Attorney*

701 S. State St.
Ann Arbor, Michigan 48109-3091

T: 734-763-9353   F: 734-764-8242

Titus                                   UMIC                                   001729

AME: THOMAS L. DILLON                    SEX: MALE       RACE: WHITE

OB: 09 JUL 50    SSN: 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    HT: 5/10WT:190    HAIR: BRO EYES: BRO

RESS: 2390 CRESCENT DALE S.E. MAGNOLIA, OH 44646   (216) 866-3744

ARITAL STATUS: MARRIED                       HOW LONG: 10-11 YEARS

POUSE'S NAME: CATHERINE L. DILLON  DOB: 04 JUL 50  SSN: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

HILDREN'S NAMES: JONATHAN DILLON; 6TH GRADE EAST SPARTA ELEMENTARY

MPLOYMENT: CITY OF CANTON-CANTON WATER WORKS       HOW LONG: SINCE 1972

OB DUTIES: ENGINEER

UPERVISOR'S NAME: MR. DAVE WILLIAMS

DUCATION: OHIO STATE GRADUATE - DEGREE IN JOURNALISM

IFESTYLE: WORKS MONDAY THRU FRIDAY (MOST OF TIME). GOES OFF BY HIMSELF ON JEEKENDS AND HOLIDAYS

ERSONALITY:

LOSE FRIENDS/ADDRESSES: ONLY ONE:  RICHARD H. FRY, 2330 HILLWOOD S.E. WOLIA, OH.  THIS IS SAME RESIDENTIAL AREA THAT DILLON LIVES IN.

LCOHOL AND DRUG USE: HEAVY ALOCOHOL USE

TYPE STORES FREQUENTED: DRIVE THRU

TYPE BARS FREQUENTED: NONE KNOWN

TYPE VEHICLES USED: 1987 RED TOYOTA PICKUP TRUCK OH REG NT84MS
                    1988 GRAY CHEVY CAVALIER  OH REG GIN-513
                    1982 SUZUKI MC  OH REG CH524

HABITS: DRIVING AROUND

HOBBIES: TARGET SHOOTING; ATTENDING GUN SHOWS

CRIMINAL HISTORY: 2-28-75:  PETTY THEFT--STARK COUNTY
        Titus    8-10-91   POSSESSION OF SILENCER---FEDERAL     001730



CAPTAIN DANE SHRYOCK
THOMAS DILLON
REF: MR. SHAFFER -- REMINGTON 870


My name is Captain Dane Shryock of the Coshocton County Sheriff's Department, 328 Chestnut Street, Coshocton, Ohio 43812. Dispatch phone number: 614-622-2411. My private phone number: 614-622-2316.

Talked with Mr. Charles Shaffer, a co-worker of Mr. Tom Dillon at the Water Department. Mr. Shaffer has worked there for quite some time. Knows Mr. Dillon.

Mr. Shaffer's phone number: 216-879-6390. His Social Security number: 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.

Mr. Shaffer was contacted originally by a Detective from Stark County and also Lt. Mosier and Sgt. Lawrence of Coshocton County in regard to his knowledge and acquaintance with Mr. Dillon. Nothing out of that conversation, which we already have a copy of, did Mr. Shaffer provide information concerning a firearm that he lent to Mr. Dillon. So this officer contacted Mr. Shaffer by phone and inquired if he ever lent a gun to Mr. Dillon and Mr. Shaffer indicated that yes he did, and basically the following is a scenario that he gave: In/about November 17th, or that neighborhood, of 1990. Mr. Dillon contacted Mr. Shaffer wanting to know if he could borrow his shotgun to go hunting at the Ravenna Arsenal in Portage County because he didn't have a shotgun, and his name had been drawn in the lottery to hunt there. Mr. Shaffer told him he could borrow his Remington 870 and gave him a slug barrel and a bird shot barrel. The bird shot barrel being like a 28 or 30 inch barrel that was on the gun when he gave it to Mr. Dillon. Told Mr. Dillon he needed to clean both the gun and the extra barrel when he gave them back to him and that was the price for borrowing the gun. Mr. Dillon indicated that would be fine. Took the gun. According to Mr. Shaffer, returned it a short time later, maybe a week at the most. Told Mr. Shaffer that he killed a deer at the Ravenna Arsenal. Showed him a picture of a buck. Said he killed this deer at the Ravenna Arsenal at Portage County. However, Mr. Dillon did not give Mr. Shaffer the extra barrel back. When Mr. Shaffer got the gun back it had the slug barrel on it and not the bird shot barrel. Mr. Shaffer inquired. Mr. Dillon said that the barrel was sitting at home in his bedroom and evidently it got thrown away by his wife when she was cleaning house or something happened and that he would get

MR. SHAFFER
REMINGTON 870
Page 2

Mr. Shaffer another barrel. Approximately 2 weeks later Mr. Dillon gave Mr. Shaffer another 870 barrel that was wrapped in brown paper and taped. And Mr. Dillon told Mr. Shaffer that he bought it at a gun show.

Mr. Shaffer also indicated that he felt that since all these news articles has come out that, that was bothering him a little bit that Dillon borrowed his shotgun and didn't give him his barrel back, and he was concerned of maybe Mr. Dillon doing something criminally with his shotgun and that barrel and felt that the barrel could be tied to the crime for whatever reason, but that's purely speculation on Mr. Shaffer's part.

***END OF STATEMENT***

Titus                                 UMIC                                 001732



## CAPTAIN DANE SHRYOCK
### THOMAS DILLON
### REF: MR. CONVERSE -- MOSSBERG PUMP SHOTGUN

My name is Captain Dane Shryock, Coshocton County Sheriff's Department, 328 Chestnut Street, Coshocton, Ohio 43812. Dispatch phone number: 614-622-4411. My private phone number: 614-622-2310.

Several times I've talked to Mr. Tyler Converse, an employee of the Water Department who knew Mr. Dillon quite well. You can reach Mr. Converse at the Water Department. That phone: 216-489-3308. He is a chemist there.

He indicated that on around the latter part of November, 1990 Mr. Dillon came to him, ask him if he could borrow his shotgun to go hunting at the Ravenna Arsenal with. Mr. Converse lent him a Mossberg Pump shotgun, model 500 he believes. A short time later Mr. Dillon returned the gun to him, thanking him for the use of it and said he killed a deer Ravenna Arsenal with that gun and thanked him for his help. He also did not tell Mr. Converse that he borrowed a shotgun from Mr. Shaffer, and he told Mr. Shaffer that he had killed a deer at the Ravenna Arsenal with his gun also. So Tyler was a little confused when Shaffer and he got together at work and each one of them were talking about Dillon borrowing the gun. Neither one of them knew that they lent the gun to Dillon at the same time and they thought that was relatively odd and also the fact that Dillon told them he shot a deer with each one of their guns when in fact he could have only used one of them. And Mr. Tyler Converse is also familiar with Mr. Shaffer and the story about the second gun barrel.

***END OF STATEMENT***



CAPTAIN DANE SHRYOCK
THOMAS DILLON
MR. MORGAN -- RAVENNA ARSENAL


My name is Captain Dane Shryock of the Coshocton County Sheriff's Department, 328 Chestnut Street, Coshocton, Ohio 43812. Dispatch phone number: 614-622-1411.  My private phone number: 614-622-2310.

On February 11, 1993 this officer contacted Tim Morgan, 216-358-7111, which is at the Ravenna Arsenal in Portage County, Ohio.

The reason I contacted Mr. Morgan there is that the Ravenna Arsenal they had annual deer hunts to weed out the deer on this fenced in huge enclosure. Federal Ammunitions Enclosure in Portage County and Mr. Morgan is responsible to help coordinate those efforts.

He indicated to me that Mr. Dillon was there on November 17, 1990.  They've got him registered coming in the morning. That he killed a deer there on their property and that their officers tagged the deer about 11:20.  That information basically comes from a deer harvest record from the Division of Ohio that they fill out and send to the Wildlife Division.  We were able to extract the successful harvest hunter record from the division, and it indicates the time of 11:20 as when the deer was checked and Dillon made the statement that he killed the deer about 10:30 a.m.

Talking with Mr. Morgan, he said that Mr. Dillon has checked in the morning and he's also still on the property according to their checks for the noon check.  His scenario states that if the tag shows 11:20 a.m. as the tag time, that the officers would have tagged the deer in the field.  They would have helped Mr. Dillon load it in one of the military trucks and helped him exit the federal land with the deer. Mr. Morgan's best case scenario is that Dillon never left until after 12 o'clock noon on the 17th because they still have him on the premises at the noon check and also the fact that he didn't tag the deer until 11:20, which would take a little bit of time for him to get the deer loaded, for them to complete their rounds and get out to the parking lot. So Mr. Morgan states that the best case scenario is Dillon probably did not leave the property until after 12 noon.

Additionally, he is sending us via mail their records

Titus                                    UMIC                                    001734



MR. MORGAN
RAVENNA ARSENAL
Page 2


of Mr. Bidton entrance onto the property and their time checks of when they know for sure he was there. They do not check somebody out. They only indicate if they're still on the property at certain times.

Basically, nothing more can be gained from Mr. Morgan at this time.

***END OF STATEMENT***



Titus                    UMIC                    001736

Case 1:23-cv-00997-HYJ-SJB    ECF No. 106-24, PageID.1906    Filed 03/03/25    Page 11 of 41



STRASBURG PROVISION — 878-5557    DATE 11-17-90

NAME _____

DEER    ADDRESS _____    PHONE _____

We Will Call When Ready

CITY _____    1U4 NOV 2

Buck    Doe    Tag No. 50359    County _____ State ___    Bow    Gun    Car    Circle One

SAVE — Hide _____ Head _____

BONELESS DEER MEAT ONLY TO PROCESS WEIGHT _____ lbs.

| | | | | | Trail Wt. _____ | Finished Wt. _____ |
|---|---|---|---|---|---|---|
| Round Steak | Yes | No | Pack ___ | Thick ___ | Summer Wt. _____ | Finished Wt. _____ |
| Neck Roast | Yes | No | Pack ___ | Thick ___ | Kolbassi Wt. _____ | Finished Wt. _____ |
| Shoulder Roast | Yes | No | Pack ___ | Thick 2 LB | Smk'd Saus. Wt. _____ | Finished Wt. _____ |
| Chops | Yes | No | Pack 2 | Thick 6 | STIX Wt. _____ | Finished Wt. _____ |
| Deer Burger | Yes | No | Beef | Pork 2 LB | | Weight ___ Tag No. ___ |
| Trail | Yes | No | | | SMOKE-HAM | |
| Kolbassi | Yes | No | | | PROCESSING $40.00 | |
| Summer | Yes | No | | | BEEF | |
| Smoked Sausage | Yes | No | | | PORK   4½ $1.25 = 5.63 | |
| STIX | | | | | TRAIL | |
| | | | | | SMOKED SAUSAGE | |
| | | | | | KOLBASSI | |

Pd 11/25
check
1590

Number Boxes Fresh _____    Smoked _____    SMOKING    TOTAL $45.63

001737

UMIC

Titus

(9)

AUTOMAP V2.0

ckest route from Strasburg to Kalamazoo

e 5 hrs 37 min. Distance 288 miles.

| e | | Road | For | Dir | Towards | |
|---|---|---|---|---|---|---|
| 0 | DEPART Strasburg (Ohio) on | U250 | 9 miles | NW | (Wilmot) | |
| i | At Wilmot stay on the | U250 | 20 miles | W | | |
| 3 | Turn left onto | U30 | 5 miles | W | Mansfield | |
| 3 | Turn right onto | U250 | 18 miles | NW | Elyria | |
| 0 | At Ashland stay on the | U250 | 31 miles | NW | Sandusky | |
| 3 | Turn left onto | U20 | 12 miles | W | (Bellevue) | |
| 5 | At Bellevue stay on the | U20 | 19 miles | W | (Fremont) | |
| 1 | At Fremont stay on the | U20 | 37 miles | W | | |
| 5 | Turn right onto | I475 | 8 miles | N | Toledo | |
| 1 | Turn off onto | U23 | 4 miles | N | Ann Arbor | |
| 1 | At Sylvania turn off onto | U223 | 45 miles | NW | (Adrian) | |
| 0 | Go onto | U127 | 12 miles | W | Jackson | |
| 2 | At Vandercook Lake stay on | U127 | 4 miles | NW | Jackson | |
| 2 | At Jackson stay on the | U127 | 3 miles | NW | E Lansing | |
| 3 | Turn left onto | I94 | 29 miles | W | Chicago | |
| 0 | At Marshall stay on the | I94 | 28 miles | W | Chicago | |
| 3 | Turn off onto | No name | 4 miles | NW | Kalamazoo | |
| 3 | ARRIVE Kalamazoo (Michigan | | | | | |

Titus                                    UMIC                                    001738



AUTOMAP V2.0

ckest route from Ravenna to Kalamazoo

e 5 hrs 24 min. Distance 285 miles.

| e | | Road | For | Dir | Towards | |
|---|---|---|---|---|---|---|
| 0 | DEPART Ravenna (Ohio) on t | S44 | 1 mile | N | Mentor | |
| 0 | Turn left onto | S14 | 10 miles | W | (Streetsboro) | |
| 1 | At Streetsboro turn left o | I80 | 16 miles | W | Elyria | |
| 3 | At Broadview Heights stay | I80 | 10 miles | W | Elyria | |
| 4 | At N Royalton stay on the | I80 | 2 miles | W | Elyria | |
| 4 | At Strongsville stay on th | I80 | 10 miles | W | Elyria | |
| 5 | At N Olmsted stay on the | I80 | 9 miles | W | Elyria | |
| 0 | At Elyria turn off onto | I90 | 29 miles | W | (Milan) | |
| 3 | At Milan stay on the | I90 | 51 miles | W | (Fremont) | |
| 3 | Turn off onto | I280 | 6 miles | N | (Walbridge) | |
| 3 | At Walbridge stay on the | I280 | 3 miles | N | (Oregon) | |
| 4 | At Oregon stay on the | I280 | 4 miles | NW | | |
| 4 | Turn off onto | I75 | 4 miles | S | Toledo | |
| 5 | Turn off onto | I475 | 3 miles | W | (Ottawa Hills) | |
| 5 | At Ottawa Hills turn off o | U223 | 3 miles | W | (Sylvania) | |
| 0 | At Sylvania stay on the | U223 | 45 miles | NW | (Adrian) | |
| 5 | Go onto | U127 | 12 miles | W | Jackson | |
| 0 | At Vandercook Lake stay on | U127 | 4 miles | NW | Jackson | |
| 1 | At Jackson stay on the | U127 | 3 miles | NW | E Lansing | |
| 1 | Turn left onto | I94 | 29 miles | W | Chicago | |
| 4 | At Marshall stay on the | I94 | 28 miles | W | Chicago | |
| 1 | Turn off onto | No name | 4 miles | NW | Kalamazoo | |
| 2 | ARRIVE Kalamazoo (Michigan | | | | | |



**RAVENNA ARSENAL, INC.**
8451 STATE ROUTE 5, RAVENNA, OHIO 44906-9297
TELEPHONE (216) 858-7111 • FAX (216) 897-3818

February 9, 1993

THRU:   Contracting Officer's Representative
Ravenna Army Ammunition Plant
8451 State Route 5
Ravenna, Ohio 44266-9297

TO:   Mr. Jerry Wade
Ohio Division of Wildlife
5795 Melody Lane
Nashport, Ohio 43830

Subject:   17 November 1990 Ravenna Army Ammunition Plant (RVAAP)
Deer Hunt

Dear Mr. Wade:

Provided for your information is page 17 from the 1990 list of
eligible deer hunters at the RVAAP, and page 2 of 5 of the
November 17, 1990, Area 2 Deer Hunting Party Roster.  Please note
that Mr. Thomas Dillon is on both lists.  The Deer Hunting Party
Roster indicates that Mr. Dillon was in Area 2, subsection 3, and
that he was in attendance in the morning until sometime after
12:00 noon, and he tagged a buck.

Hunters usually arrive at the RVAAP between 5:00 - 5:30 a.m. and
go through a sign-in and orientation period until approximately
7:00 a.m.  The hunters are then divided into small groups,
directed into pick up trucks and placed on stand by volunteer
Conservation Club Wardens.  The hunters remain on stand
throughout the day.  The Wardens patrol the area, tag harvested
deer, and drive successful hunters to their cars.

The Deer Hunting Party Roster indicates that Mr. Dillon was here
during the night attendance check (after 12:00 noon), but there
is no way to tell exactly how long he was at the RVAAP based on
this roster.  His State Deer Permit number is shown on the
roster.  The Division of Wildlife should be able to provide
information on when Mr. Dillon killed his deer based on this
number.

Titus                            UMIC                            001740

FEB-16-93 TUE 14:36 MUSK. COUNTY SHERIFF P. 82

Should you need more information or have any questions, please contact Mr. Tim Morgan at (216) 297-3244.

Sincerely,

RAVENNA ARSENAL, INC.

H.R. Cooper
Engineering Manager

:TM/bp/DILLON,TM

cc:  N. Wulff  w/o attachment
     T. Morgan w/  attachment
     File       w/  attachment

Titus                              UMIC                              001741

DATE: 01/08/91                                                          ALL HUNTERS REPT (ARS)                                          PAGE: 4

| HUNT DATE | TOWN AREA | RUNAP NO. | HARV | CALENS | NAME | ADDRESS CITY/ST/ZIP | SPONSOR |
|---|---|---|---|---|---|---|---|
| 12/08/90 | 2 | 1046 | BUCK | | DeWitt Sr, Dennis | 3715 E. Cleveland Rd Hurron, Oh 44637 | State |
| 11/24/90 | 2 | 624 | | CN | Dickerson, Harold | 4710 Woodrow Ave Parma, Oh 44134 | State |
| 12/00/90 | 4 | 1215 | | | Dickey, Larry | 45310 St Rt 154 New Waterford, Oh 44445 | Chanda |
| 12/08/90 | 2 | 1047 | | CN | Dles, Robert | 2059 Boughton Dr Copley, Oh 44320 | Nelson, Ron |
| 12/08/90 | 1 | 419 | | CN | Dietz, Ray | 823 Grrant St Kent, Oh 44240 | Yocum |
| 11/24/90 | 4 | 815 | BUCK | | Dillion, Doug | 3169 Stroup Rd Rootstown, Oh 44272 | French |
| 11/17/90 | 4 | 414 | BUCK | | Dillon, Doug | 544 Morrison Ave Newton Falls, Oh 44444 | #1 |
| 11/17/90 | 2 | 217 | BUCK | | Dillone, Thomas | 2290 Greaconidale SE Magnolia, Oh 44643 | State |
| 11/24/90 | 1 | 520 | | | Dilpluk, James | 1816 W Royalton Rd Apt1 Broadview Hts, Oh 44147 | Navy |
| | 1 | 5-04 | | | Donahue, Jim | 600 Jefferson Dr Highland Hts, Oh 44143 | |
| 12/15/90 | 1 | 1319 | | CN | Dehay, Phillip | 897 S Warner Rd Brookfield, Oh 44403 | Air Force |
| 11/17/90 | 1 | 120 | | | Dobbins, Larry | 417 Greenbriar Dr Cortland, Oh 44410 | Glider, Gary |
| 11/24/90 | 3 | 8-44 | BUCK | | Dobrilovic, John | 1240 Duck Creek N Jackson, Oh 44451 | |
| 11/24/90 | 3 | 709 | BUCK | | Dobrilovic, John A | 2140 S. Duck Cr N. Jackson, Oh 44451 | Dobrilovic, J |
| 11/17/90 | 3 | 8-45 | BUCK | | Dobrilovic, Paul | 451 S Diamond St Ravenna, Oh 44266 | |
| 11/24/90 | 2 | 625 | BUCK | | Dobrudbsky, Cher | 1699 Jacqueline Dr Parma, Oh 44134 | State |
| 12/08/90 | 4 | 1214 | DOE | | Dorthe, Ali | 8139 John Thomas Rd Ravenna, Oh 44266 | McKee |
| 11/17/90 | 3 | 8-46 | BUCK | | Dall, Jim | P O Box 40 SR 534 Southington, Oh 44470 | |

Titus                                          UMIC                                          001742

TUE 14:36 MUSK. COUNTY SHERIFF

SARRV FORM 1008 (R.11/86)

Page 2 of 5

RAVENNA ARMY AMMUNITION PLANT
RAVENNA, OHIO 44266
DEER HUNTING PARTY ROSTER

DATE: 11-17-90

AREA: 2

| PERMIT NO. | HUNTER'S NAME | DEER PERMIT NUMBER | ATTENDANCE CHECK MORNING | NOON | NIGHT | DEER BUCK | DOE |
|---|---|---|---|---|---|---|---|
| 201 | Andrulis, Kenneth | 199663 | ✓ | | | X | |
| 202 | Balog, Joseph E. | 57554 | ✓ | | | | X |
| 203 | Barr, Jane | 525245 | ✓ | ✓ | | | X |
| 204 | Basel, Robert | 166214 | ✓ | | | X | |
| 205 | Bennett, Fallie | | | | | | |
| 206 | Bennett, Russel | 164172 | ✓ | | | | X |
| 207 | Bliss, Allen | | | | | | |
| 208 | Bodner, Darrell | 401003 | ✓ | | | X | |
| 209 | Bramhorst, David | 963931 | ✓ | | ✓ | X | |
| 210 | Bruce, Mary Ann | 195469 | ✓ | | | X | |
| 211 | Bryan, Ralph | 300761 | ✓ | | | | |
| 212 | Buncic, Tom | 300911 | ✓ | | ✓ | | X |
| 213 | Crawford, James | 300170 | ✓ | | ✓ | | |
| 214 | Cronin, Steve | 13890L | ✓ | | ✓ | | |
| 215 | Csejth, Gary | 455602 | ✓ | | ✓ | | |
| 216 | DeSalvo, Edward | 199695 | ✓ | | ✓ | | |
| 217 | Dillon, Thomas | 181615 | ✓ | | ✓ | | X |
| 218 | Dowdy, Alonzo | 589003 | ✓ | | ✓ | | X |
| 219 | Down, Rich | 165007 | ✓ | | ✓ | | |
| 220 | Emich, James | 58270 | ACD | | | | X |

APPROVED:

ROBERT J. KASPER
Commander's Representative

Titus                    UMIC                    001743



KCSD Case #: 90-22452
Detective GWEN ROMANAK
Nature of Complaint: Homicide.
Date Of Occurrence: 11/17/90
Location: Fulton State Game Area

### INTERVIEW WITH HELEN NOFZ:

HELEN NOFZ was contacted at her residence in regard to the photo line up which was conducted with HOWARD SWABASH for Attorney FETTE. Mrs. NOFZ was asked how definite she was in identifying the person that she picked from the four pictures that were shown to her by Mr. SWABASH. HELEN stated, "All I can say is that he looked like him".

She was asked if she positively identified him as being the person in the ditch, she stated, "I can't say that. Not after this amount of time". She was asked if that is what she told Mr. SWABASH, she stated "I told him that of the people that he had there, that looked like the man that was down at the corner, but I don't think I can be sure after this long of a time".

She was again asked to describe what the man looked like. She indicated that he was around 180 pounds. She was then told by Sgt. WERKEMA that the person ID'd to Mr. SWABASH was 135# and he was a small person. Mrs. NOFZ stated he was tall, he was about 5'10. At that time Sgt. WERKEMA indicated that he was 5'10 and 200 pounds and wanted to know if the person in the ditch was approximately his size and stature. She stated that he was approximately the size of Sgt. WERKEMA, not heavy set and was about 30 years old.

Mrs. NOFZ went on to say that she was contacted by her neighbor PAT BOWMAN who called and said someone was in the ditch at the corner, but PAT was not going to go down and help, but wondered if HELEN wanted to. HELEN stated that her and her young son drove down to the corner of 46th and "Y" Avenue where the car was in the ditch.

She stated that the Kalamazoo County Sheriff's Department came to her quite a long time after the shooting of the hunters at the Fulton State Game Area requesting a description of the car. She was thinking it was possibly years after the incident had occurred, but she was not sure. She states the County brought books of cars for her to look at. She was never able to find that car that was in the ditch. She states that she was looking at it with the nose of the car down and the back of the bumper. She does know for sure that it had duct tape over the right turn signal and at that time when Detective WIERSEMA was looking at a man in Ohio for being the murder suspect and she knew that the car was not from Ohio because she states she is from Ohio and if she had seen a license plate being an Ohio car she would have asked the subject where they were from.

Titus                                       UMIC                                       001744



**Page 2**
**Interview with Helen Nofz**
**Romanak**

She went on to state that she could not find a picture that matched the description of the vehicle that was down there in the ditch but that it was a hatchback type of vehicle and the back inside of the vehicle was flat. She does not remember anything in the car and just knew it was a bubble type, but she could not find the exact car in the books that she was looking at.

She was asked if the description of the car that she gave back to Detective WIERSEMA would have been more accurate than what she is remembering at this time and she stated that would be more accurate back when she talked to the County Detective originally.

Mrs. NOFZ was then asked if she remembered Detective MOYER from St. Joe County. She indicated she did not remember a Detective MOYER but did remember working with Detective WIERSEMA.

Mrs. NOFZ was then asked if she knew BONNIE HUFFMAN, she stated "Yes", she is the lady that was hunting at the corner and that BONNIE HUFFMAN heard all of what happened and indicated that BONNIE had said she did not see any deer and that was the reason the man said he put his car in the ditch, however BONNIE did not see any deer in the area while she was hunting.

HELEN NOFZ was asked what kind of weather it was, she believes it was a dry day, it was early hunting season and thought it was a clear day.

She was asked about the subject in the ditch's clothing. She remembered him to be sweating profusely. She did not remember any mud on his clothing, however the ditch gets wet because there is a creek that runs through there, but she did not know what the weather had been like previously that day or if it had rained a lot to have mud down in the ditch.

She did indicate that she was there right after this happened and she did remember him having on camouflage.

She was then asked if she knew JEFF TITUS. She states that she has known him since high school. HELEN NOFZ used to share an office with PAUL FREDERICKS who was a good friend of JEFF TITUS and JEFF would come into the office periodically and she did know him when he was in high school.



Page 3
Interview with Helen Nofz
ROMANAK

Mrs. NOFZ asked if she ever talked to JEFF about this incident, she stated "Not really". When she was asked to clarify that, she stated "Not to me, but maybe my husband only about feeling harassed by the police and how he was being questioned and bugged all the time by the police". She was asked what time period JEFF TITUS would have been referring to, she stated probably around 5 years ago, she felt closer back to when this incident happened as opposed to the present time.

She was then advised that the Cold Case Team had not been investigating this case until 1999 until present and after TITUS had originally been talked to, he was never talked to again.

HELEN NOFZ was then again asked of the 4 pictures that she was presented by HOWARD SWABASH to look at, her response to those 4 pictures was the picture she picked out she indicated to HOWARD SWABASH "This looks the most like him" and she once again stated, "It has been too long to tell for sure, but he looks close".

She went on to state that this was the same thing she had said regarding the physical line up in Ohio. She went on to state she had gone to Ohio at the request of Detective WIERSEMA to look at a line-up and that there was a man who looked like the person she saw in the ditch, however this was approximately 2 years after the incident. This person appeared to be a little more heavy set but she told them the same thing, the person that she picked was the person who looked the most like the person she saw in the ditch.

She was again asked if the description was more accurate on this date or back when she originally talked to the police and again back when she originally talked to the police.

She was asked if he wore glasses, she stated "Yes", that he was a white male, 30 years old approximately with gold round glasses, wearing camouflage blaze orange hat, was a little heavy, not skinny.

Mrs. NOFZ was asked about any problems with JEFF TITUS. She stated she had heard people being asked to get off of the property which belonged to the HOLIDAYS which abuts the TITUS property, but she never personally heard him say that to anyone. This is all hearsay and that JEFF TITUS would come down to show her husband deer or elk or moose that he had shot. She indicated he has always been very nice to them and she has never had a problem with him, but she has heard that he has run people off of other peoples property.



Page 4
Interview with Helen Nofz
Romanak

Mrs. NOFZ was asked about the Pick Up Truck that pulled the vehicle out. She stated that she did not stick around to watch them pull the vehicle out. The man driving the Pick Up Truck had dark hair, he was thin, she did not know who he was. He was driving a tall big black jacked up Pick Up Truck, older model, that it appeared to be quite beat up.

She was asked about the description of the front bumper of the vehicle in the ditch that was attached to the sketch that was handed out several years ago as the vehicle that looked like the car in the ditch. The print-out indicated that the front bumper had a black finish on the bumper. Mrs. NOFZ states she does not remember that and she was not there when the car was pulled out. She states possibly she had looked down into the ditch to see how stuck this person was, but she does not remember this statement at all.

Getting back to the description of the vehicle in the ditch, she was asked if it could possibly have been a Mustang. She states she is sure it was not a Mustang and it was not so much of a bubble back to it, but more of a hatchback. She stated that her son thought it was a dark silver color, but she doesn't remember it being a dark silver color.

Mrs. NOFZ also stated that she thought the truck that helped pull this person out came from the south which would have been the direction of Leonidas. She thought possibly at the time that the man in the truck knew the guy that was in the ditch, but she did know for sure the guy in the ditch wanted out of there and out of there right now. He was in quiet a hurry.

Mrs. NOFZ was asked if possibly her husband would be willing to speak to us, she stated he probably would, that he currently is substitute teaching but she would speak to him in regards to speaking to the Cold Case Team.

She was also asked if she thought of anything else to please contact the Cold Case Homicide Team with any information that she did have.

Respectfully submitted,
Detective Gwen Romanak
CCCCAT Team

/jdm
5/2/02

(19)

KCSD Case #: 90-22452
Detective GWEN ROMANAK
Nature of Complaint: Homicide.
Date Of Occurrence: 11/17/90
Location: Fulton State Game Area

**DATE OF REPORT**: April 30, 2002.

**INTERVIEW WITH BONNIE SHERMAN HUFFMAN**:

BONNIE SHERMAN HUFFMAN, DOB: 5/22/55, ADD: 207 Haynes Street, Vicksburg MI Tx: 649-1474. Pager #: 444-1340.

BONNIE SHERMAN HUFFMAN had been contacted in regards to the day the deer hunters were killed at the Fulton State Game Area. It was learned through HELEN NOFZ that BONNIE HUFFMAN had been hunting on the corner of 46th and "Y" Avenue at the time the deer hunters were killed.

BONNIE SHERMAN HUFFMAN agreed to meet this Detective at the Kalamazoo County Sheriff's Department on this date. After meeting with BONNIE in order to get directions and locations of people correct a small map was drawn of the area of "Y" Avenue and 46th Street. BONNIE indicated to this Detective that she was approximately 50 feet east of 46th Street on her parent's property. That would be at the corner of "Y" Avenue and 46th on the northeast corner of that intersection.

She indicated that she was in a thicket hunting when she heard a vehicle trying to get out of a ditch. She indicated she did not hear the vehicle go into the ditch, but waited for about 10 to 15 minutes and after hearing it trying to get out she walked from the thicket over a wire fence to where a vehicle was in the ditch at the corner of 46th and "Y" Avenue. BONNIE was asked specifically where this vehicle was at and in which direction it had been heading. She states it came south on 46th Street and was approximately 25 feet north of "Y" Avenue on 46th Street and the rear end part of the vehicle was in the ditch about 25 feet from the stop sign, northwest of the intersection.

BONNIE states that she climbed over the fence, went up to the subject who was stuck offering help to push him out. She described the subject as being very anxious and nervous and refused any type of assistance from her. At that point she could tell that the man was very upset about something and backed off and went back into the thicket and continued to hunt.

Titus                                    UMIC                                    001748



Page 2
Interview with Bonnie Sherman Huffman

When BONNIE was asked what time this occurred, she felt it was around 4:00 to 4:30pm. She also was asked to describe the subject who was standing outside of the car that was stuck. She described him as being a male with long light auburn hair, past his shoulders. He was skinny, approximately 5'7. She cannot remember if he was wearing glasses or any clothing that he had on. Her first impression of him was that he was a hunter, but she has nothing to substantiate why she thought that at the time.

She described the vehicle as being a small black vehicle, similar to a Gremlin. She feels the vehicle did have a small trunk to it, but it also had a sloped window and she stated that it definitely had the back end of it into the ditch, not the nose of the vehicle in the ditch.

She was asked if the man appeared to be drunk or intoxicated or under the influence of any type of drugs. She again repeated that he just acted very anxious.

She also described his hair as being greasy looking. She could not tell if it was because he was sweating or if it was just greasy.

BONNIE was asked if the vehicle could have been a Mustang. She states definitely not a Mustang, she knows what Mustangs look like. She just had a feeling that it resembled a Gremlin because her sister had one at one time and felt it was close to that type of vehicle.

BONNIE was then shown a picture of the vehicle that HELEN NOFZ had picked out that most closely resembled the vehicle she had seen in the ditch and BONNIE indicated also that that did look like the vehicle that she had offered to help push out of the ditch.

BONNIE went on to state that after she had been told that her help was not wanted and she went back into the thicket, she did not see anyone else come to help him but there could have been other people, since she did hear other traffic on "Y" Avenue.

She did indicate that when the vehicle did leave the area it went toward Leonidas, which would have been south on 46th Street passing "Y" Avenue. The vehicle was not seen leaving but she could hear it speed away and didn't appear to stop for the stop sign.

BONNIE was asked if she could identify this person again if she saw a picture of him, she stated she did not know, it had been many years, but she would be willing to try if there was a photo line up available to look at. She was advised that contact would be made with her at a later time regarding a photo line up. BONNIE indicated that would be fine.

Titus                                    UMIC                                    001749

(21)

Page 3
Interview with Bonnie Sherman Huffman

BONNIE was also asked if she had seen any weapons or deer in the vehicle. She stated she had not. She was also asked when she learned of the shootings in the State Game Area. She stated that after it started to get dark she always leaves the woods before dark since she is afraid of the dark. She had climbed the wire fence out onto 46th Street, she unloaded her shotgun which is her normal sequence of doing things when she is out hunting. She then proceeded to walk back to her mother's house on 46th Street.

She states that as she was getting to her mother's house JEFF TITUS was pulling into the driveway in a Pick Up. She stated that he was alone and no one was with him. He went into the house and was there for approximately 30 minutes and had told her and her mother that he had found two dead bodies on his land. She was again asked if he specifically said on his land and that he was the one who found them and she stated that is what he told them, that he himself had found two dead bodies on his land. She also stated that he had been at another neighbor's house prior to coming to her house and she felt this was between 6:15 and 6:30 because that was about the time it was getting dark.

BONNIE was asked if she had ever had any problems with JEFF TITUS. She stated that from the time JEFF TITUS bought the farm from the STRYKERS and some time prior to the death of the two deer hunters, she had had a run-in with JEFF TITUS when she was on her father's property which would have been on the east side of 46th Street in the back. She indicates that there is a large tree that she would go out and sit in and at one time JEFF TITUS came out with a pistol in hand, pointed the pistol at her and told her she was on his property and to get off. She states she did not argue with him, she went back to her house and told her father what had happened and her father told her that he was going to speak with JEFF about the property line that was not JEFF'S property, which she had been on. She didn't know if her father ever made contact with JEFF TITUS or not regarding this incident but she did state it was between the time JEFF bought the property and the deer hunters had been shot.

She also stated that JEFF was very territorial about his property.

In speaking further with BONNIE she was also asked if she remembers hearing any gun shots on the day of the homicide. She states she does specifically remember hearing three shots and thinking to herself that somebody got a deer and a few moments later heard two more shots, but did not know who was doing the shooting.

(22)

Page 4
Interview with Bonnie Sherman Huffman

BONNIE was then given a copy of the statement she had given after the deer hunters had been shot. After reading the statement she indicated that that does bring back more memory and that everything in that statement was true. BONNIE was asked what was meant by her not seeing any vehicles or subjects but could only overhear. She states that was true after she had gone out and offered her assistance and the subject refused any help from her and she went back in the thicket, she did not see anyone else help the subject out of the ditch and she did state that the information she had given back at that time would have been clearer in her mind than what she remembers to date, but she was again very specific that she did speak to the subject that was stuck in the ditch, where the car was stuck, how the car was stuck and basically what he looked like, with the long hair being about 135 to 140# and about 5'7 or 5'8.

After this interview was completed BONNIE had made a statement about being careful what you see when you live out in the country. When she was asked to explain what she meant she indicated that in the past they have had people walk through their property walking across to where the HOLIDAY property is, which is on the northwest corner of "Y" and 46th Street and people going back into the State Game Area to tend to their marijuana plants. This statement was out of the blue and not asked of BONNIE.

She further stated that the plants would not be grown in a garden like patch, but sporadically throughout the State Game Area and she herself had personally seen marijuana plants growing in the State Game Area at different times.

BONNIE was then asked if she had ever seen any excavating being done at the TITUS residence. The only thing she knows of was a hole being dug near the barn down near the roadway and didn't know what they were doing with that hole, whether they were burying anything or digging something up and she also stated that JEFF TITUS had been clearing fence lines out. Other than that she did not have any knowledge of any excavating at the TITUS house.

BONNIE was advised she would be re-contacted at a later date and time for a photo line up and possibly for more information. She was asked to continue to think about this incident to see if she could recall anything further.

Respectfully submitted,
Detective Gwen Romanak
CCCCAT Team

/jdm
5/1/02

(25)

KCSD Case #: 90-22452
Detective GWEN ROMANAK
Nature of Complaint: Homicide.
Date Of Occurrence: 11/17/90
Location: Fulton State Game Area

**DATE OF INTERVIEW**: May 2, 2002.

**RE-NTERVIEW WITH BONNIE SHERMAN HUFFMAN:**

BONNIE HUFFMAN was re-contacted regarding a photo line-up.  She was presented with a photo line-up of 6 photographs.

Photograph #1 - SCOTT ALAN BOSKER, DOB: 1/1/65.
Photograph #2 - MICKEY LEE SMITH, DOB: 7/26/65.
Photograph #3 - MATTHEW THOMAS GOLDACKER, DOB: 3/16/62.
Photograph #4 - TIMOTHY GRANT MINER, DOB: 12/16/71.
Photograph #5 - CHARLES LAMP.
Photograph #6 - PETER JAMES SNYDER, DOB: 2/6/65.

Prior to showing BONNIE HUFFMAN the photographs she was advised that the person she saw in the ditch on 11/17/90 at 46th and "Y" Avenue may or may not be in the photo line-up.  She was also advised that facial hair along with hairstyles may be different than what she had seen.

At that time BONNIE looked at the photo line-up.  After studying it for several minutes she indicated that the person she saw in the ditch on 11/17/90 was not in this photo line-up.  She indicated that the person she saw had long hair and his chin was narrow with cheekbones that stood out.

BONNIE was then asked if she could remember when she heard 3 shots, then 2 shots, if it was prior to the man in the ditch or after.  She stated that she thought it was maybe 30 minutes before the man went into the ditch is when she heard the gunshots.

She was also asked again about the first time she saw JEFF TITUS on that date.  She states she still remembers walking up the driveway to the sidewalk to go in the back door.  She had not talked to her father yet who was in an outbuilding and she knows her mother was inside and she walked in with JEFF and she states it is definitely between dusk and dark on 11/17/90.

She states that TITUS was alone and never mentioned getting a deer.

She was asked if she ever met STAN DRISKELL before, she indicated she has never seen him in person but did see him on TV after JEFF was arrested.

Titus                                    UMIC                                    001752



Page 2
Re-Interview of Bonnie Sherman-Huffman
ROMANAK

BONNIE did state that she did remember the subject she saw in the ditch after the last interview had been wearing a camouflage coat.  She was asked if she noticed any dirt or mud on his person when she asked him if he needed help and she didn't remember anything of that nature.

Respectfully submitted,
Detective Gwen Romanak
CCCCAT Team

/jdm
5/7/02

PAGE:   1                          St. Joseph County Sheriff              RUN TIME-    11:03
                                   INCIDENT REPORT                        RUN DATE- 12/26/9

IDENT NO.   NATURE OF OFFENSE                    INCIDENT LOCATION
8392-90 D   ASSISTANCE OTHER AGENCIES           KALAMAZOO CO

DATE AND TIME OCCURRED                    9908           DATE AND TIME REPORTED
                                                         12/06/90        0:00

NARRATIVE:

     On the 18th of December of 1990 at approx. 11:54 AM, this officer
Larry Moyer and Detective Bruce Wersema of the Kalamazoo County
Sheriff's Dept. paid a visit to a lady by the name of Sherrie Bennett,
last name now is Waters, maiden name was Bennett.
     On that day, we met her at the location of 52150 Fulton Road,
Leonidas, Michigan.  Both officers talked with Mrs. Waters in concern
with some information that had been learned in regards to the killing
of James Bennett, who is a brother of Sherrie Waters, and it is
claimed that on the night of December 8, 1990, a Saturday night, at
approx. 8 PM, Sherrie and a gal by the name of Kim Tracey, Kim Tracey
was the girlfriend of James Bennett, both of these ladies went to the
County Line Bar in Leonidas and encountered some guy who was at the
bar that made the comment that he knew about Jim Bennett being killed
and also supposedly stated that he knew who killed Bennett and the
other victim in this shooting. Mr. Douglas Estes.  Estes being from
Comstock, Michigan.
     Sherrie stated that she confronted the guy who made the comment
and he told her that he was also related to her and was connected to
a person by the name of Sandra Bennett.  It was also inferred that the
person who was shooting his mouth off was a guy by the name of Brian
Johnson, who was actually the person supposedly knew Doug Estes and
supposedly also knew of a guy who wanted to kill Estes because of some
dope deal.  According to Sherrie Waters, the only other person that
she knew that may have knew Johnson's name was a bar maid by the name
of Kim Truckey, as she was the person who related the name to Sherrie
on that night.  Sherrie was further asked about a fellow by the name
of Terry Eash, as information had been learned that Eash and Jim
Bennett, her brother, had been very close friends.  Supposedly,
information had also been learned that they may have been in business
of some sort together and we needed to talk with Eash.  According to
Sherrie, she knew Terry Eash. Terry Eash was a pallbearer for the
funeral for Jim.  She related that his name was not spelled as it
sounded, it was spelled something to the effect, Oesch, and that he
lived somewhere near Sherwood and also lived with a gal by the name
of Kandy Motter.  Other than that, she didn't know just exactly all
the particulars between Oesch and her brother Jim.  She did know that
they were friends and they visited frequently back and forth.
     Sherrie could not offer any further information in regards to
this investigation/followup at this time and date, but asked that
officers keep her aware of the circumstances, that she was very
concerned about who might have killed her brother.  Officers then
left the Waters residence.

     Also on this date of December 18, 1990 at approx. 2:25 PM, this
Officer Moyer went to the address of 118 Mill Street, in the City of
Mendon, and met there with an individual by the name of Rodney Kevin

Titus                              UMIC                              001754

St. Joseph County Sheriff              RUN TIME-    11:0:
                            INCIDENT REPORT                       RUN DATE- 12/26/9(

CIDENT NO.    NATURE OF OFFENSE                  INCIDENT LOCATION
8392-90 D    ASSISTANCE OTHER AGENCIES          KALAMAZOO CO

DATE AND TIME OCCURRED                    9908          DATE AND TIME REPORTED
                                                        12/06/90          8:30

NARRATIVE CONT:

Diffendal, white male, DOB: 8/3/53, 496-7002.  Mr. Diffendal was
questioned about supposedly a party that he held at his residence on
or about November 16, 1990 and he stated he did have one and he, at
that time, was resideing at 703 Pleasant Street in the City of Three
Rivers, in the downstairs apartment of that building.  Mr. Diffendal
related that he invited some people from Weyhauser in Three Rivers and
the party was actually put on by a person by the name of Jerry Blasius
and during the party there was another individual who showed up who's
name was known as Don Buffin, who brought two other guys with him that
were named, first names of Rod and Mark.  Supposedly, these two
fellows were from the area of Kalamazoo or Comstock.  In the interim
of this party, Rod apparently got to talking about the fact that if
anybody needed any hash, that he, Rod, could get it from a person by
the name of Terry Oesch, and he could get any amount.  Also, later,
the next day as it was learned, Diffendal stated that these two
people by the name of Rod and Mark had, in fact, been carrying guns
while they were at that party that night, handguns of some sort.  He
did not know much about these guys, as they were brought with Buffin,
who came to the party.  According to Diffendal, this Rod got into a
fight with somebody in the kitchen during the party.  Didn't even
know what it was over, but at some time, short time thereafter, Rod
and Mark apparently left the residence.  According to Diffendal, he
did not know that Estes was related or connected to Jim Bennett.
According to Diffendal, he did know Bennett, himself.  He has known
him for several years and probably only saw him about two times in the
last five years.  And he believed that the last time that he actually
saw Jim Bennett was approx. around Christmas time of 1989. Diffendal
was asked about any particular activities of drugs that Bennett was
involved in, and according to Diffendal, he knew that it was
supposedly common knowledge, that everybody knew, that Jim at least
used marijuana and also growed it someplace, but he did not know
exactly where.  Diffendal advised that he could not offer any further
than what had already been commented to, but that if he heard anything
further, he would be sure and get ahold of this officer.  The inter-
view lasted approx. 20 minutes.

        On the date of December 19, 1990 at approx. 1:15 PM, Detective
Moyer and also Acting Detective James Bedell from the Michigan State
Police Post went to a location in Mendon, a business called T & H
Plastics, where a gal by the name of Kandy Kay Motter, white female,
DOB: 0/22/56, who resides at 922 Blossom Road, Sherwood, MI, 741-5831.
Kandy works for T & H Plastics during the day hours and was questioned
about some facts of her live-in boyfriend, who's name she related
was Terry Todd Oesch.  He's a white male, she alledged that his DOB
was 7/24/56.  She claims that he is presently laid-off from his job,
in which he usually works for a company out of Elkhart, hauling RV
vehicles around, recreational vehicles.

Titus                              UMIC                              001755

(27)

PAGE:   3                          St. Joseph County Sherif.        RUN TIME-    11:0?
                                   INCIDENT REPORT                  RUN DATE- 12/26/9

CIDENT NO.   NATURE OF OFFENSE                    INCIDENT LOCATION
8392-90 D   ASSISTANCE OTHER AGENCIES            KALAMAZOO CO

DATE AND TIME OCCURRED                    990          DATE AND TIME REPORTED
                                                       12/06/90        8:30

NARRATIVE CONT:

     While the interview continued, officers inquired as to any
vehicles that Terry owned or drove.  She stated that there was an 81
Mercury, red in color, that he drives.  He also owns a Suzuki 750
motorcycle, black in color, with a fairing around the front.  Kandy
was asked about her relationship with Jim Bennett or Terry's relation-
ship with Jim Bennett.  She stated that they all three were good
friends, they've known each other for years.  She grew up in the area
of where Jim lived.  She was asked when she last recalled seeing Jim
Bennett, prior to his death, which was on the 17th of November.
According to Kandy Motter, she stated that she believed that it was
on a Wednesday, November 14th, 1990, she and a lady named Mary, who
she could not relate the last name, were in the Village of Colon, MI
and went into the Curly's Bar and she encountered Jim Bennett, his
father, and the brothers of Jim Bennett, who were Terry and Fred.  She
stated that while they were in there, that they were commenting about
going hunting the next day, so that's how she knew for sure that it
was the 14th of November.  The time that she was in there was between
5 and 6 PM.  They talked about hunting the next day, but did not make
comments as to where they were going hunting.  Officers asked Kandy if
her boyfriend or live-in, Terry Oesch, had ever hunted with Jim
Bennett and she thought that he had on time to time.  Officers wanted
to know what type of weapons he might have, if any.  She stated that
she knew he had a .22 rifle and believed a shotgun of some sort.  She
was asked what she could tell about Jim Bennett as far as his behavior
or what kind of a person he was and she related, well Jim was just a
little hard to get to know, but he was generally a pretty good person
to know and he was a very smart person.  Kandy was asked about anybody
that might own a dark blue vehicle with a hatchback or a black vehicle
with a hatchback, whereas the taillight was busted out and possibly
duck tape over the taillight.  She stated she didn't know anything
about that, but she works with a gal, who she claimed was a Lori
McCue, had talked to her about this, where a vehicle had been seen in
and around the area of where the location of the shooting took place.
That supposedly got stuck and accordingly Lori knew who this person
was that pulled that vehicle out of the ditch.  Officers asked where
Lori was.  Kandy stated that Lori works there at T & H Plastic also,
and that she would also be talking with her soon after officers were
through and then we could interview with Lori.  Kandy was asked if she
knew of any other girlfriends that Jim Bennett may have gone with or
known, and she stated that there was a girl approx. a couple three
years ago from the White Pigeon area who goes by the name of Bonnie.
She did not know her last name.  But, other than that, she did not
know anyone besides this gal he was living with by the name of Kim.
     Officers asked that Kandy please let Terry Oesch know that
officers would like to talk with him about this, because of the fact
that he was suppose to have been a very good friend of James Bennett.
This interview lasted approx. 1/2 hour.

     Titus                          UMIC                          001756

(23)

INCIDENT NO.   NATURE OF OFFENSE                     INCIDENT LOCATION
  8392-90 0   ASSISTANCE OTHER AGENCIES              KALAMAZOO CO

DATE AND TIME OCCURRED                    2908         DATE AND TIME REPORTED
                                                       12/06/90            8:30

NARRATIVE CONT:

At approx. 1:45 PM on December 19, 1990 officers also interviewed a lady by the name of Lori Ann McCue, white female, DOB: 11/29/64, 4311 6 Mile Road, Athens, MI, 729-9006. Lori was asked about the fact that she may have told Kandy about this alledged vehicle that was to have been stuck down on Y Avenue in Kalamazoo County on the evening of November 17, 1990 and supposedly somebody attempted to pull that vehicle out and supposedly she knew who the person was driving the pickup truck that pulled this vehicle from the ditch. According to Lori, she did not know the person who pulled the vehicle out, and the only way she learned of this information was through her nephew, her nephew being a Steve Casselman, 14 year old, white male, H Drive, East Leroy, MI. According to Lori, Steve was at a girlfriend's house by the name of Becky Bowman, 16 years of age, Y Avenue, Kalamazoo Co, and on that night of November 17, 1990, Steve was at this girlfriend's house, supposedly, and some lady came to the door of the Bowman residence and asked if Becky's father was there, as there was a vehicle down the road in the ditch. According to Lori, all she heard was that possibly a dark 4-wheel drive pickup had pulled the car out of the ditch. She could not offer any further to officers in regards to either the vehicle that was in the ditch, or the vehicle that pulled the vehicle from the ditch. However, according to Lori, Becky Bowman's parents own the carpet shop located in Athens, MI and they may be able to enlighten officers further in respect to that incident or situation on the night of November 17th.

On December 20, 1990 at 12:35 PM, the investigating officer, Detective Larry Moyer went to the carpet shop located on M-66 in Athens, MI and met with a lady by the name of Patricia Bowman. Patricia advised her husband's name is Ronald and that they both live at the address of 16020 Y Avenue, Fulton, MI, 729-5408. According to Mrs. Bowman, on the night of November 17, 1990, after she got off of work, she went to East Leroy, where she picked up Steve Casselman from his home and drove him to her home to be with her daughter, Becky Bowman. Also, accordingly, Mrs. Bowman advised that there was nobody else at home with Becky when this alledged person, female, come to the door of the Bowman residence and advised that there was a car in the ditch. As a matter of fact, Becky wa-  .a only one that was confronted with her father being home and whether or not there was help that could help this vehicle get out of the ditch. Accordingly, Mrs. Bowman didn't even know about this situation until approx. 10 PM on the night of the 17th, as her daughter had not related it right away. According to Mrs. Bowman, a neighbor lady by the name of Ellen Nofz had called about 10 PM, wanting to know what was going on. And then, of course, Becky also told mom what had happened in regard to this lady coming to the door and said a guy was in the ditch by the corner and wanted to know if her father was home to help the guy out.

Titus                              UMIC                              001757

(29)

PAGE:  5                          St. Joseph County Sheriff        RUN TIME--    11:0C
                                  INCIDENT REPORT                  RUN DATE-  12/26/9C

IIDENT NO.   NATURE OF OFFENSE                   INCIDENT LOCATION
'8392-90 D   ASSISTANCE OTHER AGENCIES           KALAMAZOO CO

DATE AND TIME OCCURRED                    9908       DATE AND TIME REPORTED
                                                     12/06/90       8:30

NARRATIVE CONT:

And Becky said, no, but she would call a neighbor and see if they
could help.  And Becky called Helen Nofz and at that point, all she
knows is that Mrs. Nofz went to the area of where the person was in
the ditch in offering of assistance and that was basically all Mrs.
Bowman could relate.  Mrs. Bowman further stated that her daughter,
Becky was attending school at the Athens School, that she would have
no objections if this officer wanted to go interview with her daughter
at the school.  She called the school and made the arrangements and
cleared for this officer to talk with her daughter.

     At 1:50 PM on this date of December 20, 1990, Detective Moyer did
arrive at the school and also began to interview with a young female
by the name of Rebecca Lynn Bowman, white female, DOB: 11/20/73,
16020 Y Avenue, Fulton, MI.  She alledged that she is the daughter of
the lady that was just talked with, Patricia Bowman.
     Becky was asked about the night of November 17, 1990, if she
could recall that evening.  She stated, yes, she was home alone on
that afternoon at approx. 4:50 PM, a vehicle drove into the driveway,
it was a dark blue, full size, 2-door vehicle, possibly a 85 or 86
model, and a lady, a white female, who had been in the vehicle alone,
drove in the driveway and get out of the vehicle and walked to the
door and knocked on the door.  And the lady, when Becky answered the
door, asked if her dad was home and Becky told her no.  The lady said
a car was in the ditch at the four corners, which would have been at
the corner of Y Avenue and 46th Street.  The lady advised that she did
not want to stop, so she just drove right directly to the house to see
if someone could help the person get it out, as there was a guy
wandering around the car.  Becky said she would call a neighbor and
see if they could help.  At that point, Becky claims she called Helen
Nofz and asked if Dave was home, who is Mrs. Nofz' husband. She stated
no and Becky told Helen what the lady had said, and Helen said she
would go see.  At that point, when Becky turned around, the lady had
left and was backing out of the driveway and then drove back into the
driveway and asked if somebody was going to help and Becky told her
yes.  Becky advised that the lady was a white female in about her
30's, approx. 5'8, medium built with dark brown curly hair, past her
shoulders.  She stated that the lady was wearing blue jeans and a dark
blue, navy colored, hooded sweatshirt with a zipper front. Other than
that, she did not know the lady and had never seen her before, that
she recalls.
     According to Becky, Mrs. Nofz called back approx. 5:30 to 6 PM
and said somebody had already been at the car that was in the ditch
and was helping them get it out.  That a pickup truck was pulling the
vehicle from the ditch.  That was the extent of what Becky claimed to
know about that particular night until it had come out that there had,
in fact, been a shooting.  Then some time later then, this vehicle
was mentioned amongst the family and Mrs. Nofz as possibly being

⑳

PAGE:   6                          St. Joseph County Sheriff        RUN TIME-    11:0'
                                     INCIDENT REPORT                RUN DATE- 12/26/9'

IDENT NO.   NATURE OF OFFENSE                  INCIDENT LOCATION
8392-90 D   ASSISTANCE OTHER AGENCIES          KALAMAZOO CO

DATE AND TIME OCCURRED               5908         DATE AND TIME REPORTED
                                                  12/06/90        8:30

NARRATIVE CONT:

involved or having some connection to that possible shooting.  Becky
was asked which way the vehicle left the lady was in, when it left
her home.  She stated that it went west on Y Avenue and that was the
end of her seeing either the car or the lady.

     Also on this date of December 20, 1990, Moyer talked with a lady
by the name of Helen Emily Nofz, who resides at the address of 15962
Y Avenue, Fulton, MI, DOB: 6/6/47, 729-5134.  Mrs. Nofz made the
comment that she believed the call to her home from Becky was approx.
5 PM.  That stated that a lady had come to the house and was asking
for assistance for a car in the ditch down at the 4-way corners at
Y Avenue and 46th Street.  Mrs. Nofz was asked if Dave was home, her
husband, which she told Becky no.  But that she, Mrs. Nofz, would go
down and see if she could offer some assistance.  Mrs. Nofz stated
that she and her 9 year old son, Derrick, got in her vehicle and drove
down to the location of where a car sat in the ditch.  According to
Mrs. Nofz, the vehicle that was in the ditch was, in fact, a small
black car, hatchback style, 2-door, with the right rear taillight
broken out and duct tape over the taillight, itself.  The taillight
was not a new style vehicle, as it didn't wrap around the side of the
vehicle.  She stated the front bumper was of a rough finish, kind of
ruffely and was black in color, as well.  She could not determine the
exact make of the vehicle.  She was asked about the individual who may
have been with the vehicle that was in the ditch.  Mrs. Nofz stated
that it was a white male, approx. 30 years of age, wore glasses, was
stocky built, had mixed type clothing on, which was sort of hunting
clothing, as she stated that part of the clothing was sort of
camouflage and he had an orange knit type cap on, like a stocking cap.
She stated when she arrived at the corner, this fellow was sweating
very profusely and made a couple comments to the fact that the car
wasn't his, that it was his wife's, but he had a brother or brother-
in-law who does body work and he could get the body worked on and at
that point, pointed in the direction to the south, as if pointing
towards the area of Leonidas.  Mrs. Nofz was asked about the year of
the vehicle, she stated that she wasn't sure, but believed it was
probably 85 model or a little newer.  She did, however, state that her
son, Derrick, thought it was a Dodge vehicle and told her that it was
a bluish to black color.  Mrs. Nofz also stated that this driver or
the individual with the car made a comment that a deer had ran in
front of him.  She believed that he was driving from the east toward
the west, from his indications.  However, she talked to a lady by the
name of Burnsworth, who stated that Burnsworth believed she saw this
vehicle going south bound on 46th Street from the north of Y Avenue
prior to it going into the ditch.  Also, Mrs. Nofz made the comment
that she had never seen any deer cross specifically at that intersec-
tion and thought it was odd that this vehicle would have ended up in
the ditch in that location from a deer crossing.

Titus                              UMIC                            001759

(7)

PAGE:  7                          St. Joseph County Sheriff        RUN TIME-   11:0S
                                  INCIDENT REPORT                  RUN DATE- 12/26/7(

IDENT NO.   NATURE OF OFFENSE                    INCIDENT LOCATION
8392-90 D  ASSISTANCE OTHER AGENCIES            KALAMAZOO CO

DATE AND TIME OCCURRED                  ??OB          DATE AND TIME REPORTED
                                                       12/06/90         8:30

NARRATIVE CONT:

     Mrs. Nofz was asked if she thought she might be able to do a
composite drawing of the individual, or also be able to identify the
vehicle from a vehicle identification book, if one was furnished for
her to look at.  She stated that she would, and Moyer advised that
Moyer would have to return to Centreville and pick up a I-Dent-A Kit
to do a composite and also a copy of the motor vehicle identification
book and would return to her residence at approx. 4:30 PM that evening
     At approx. 4:35 that same evening, Moyer did, in fact, return to
the Nofz residence where Moyer was met by Helen Nofz, her husband
David Nofz and a 9 year old son by the name of Derrick Nofz.  A
composite was begun on the information received from Mrs. Nofz and
took approx. 1 hour and 15 minutes to complete.  And, again, the same
description was given as to the white male, approx  5'10" to 5'11",
medium to stocky build, in his 30's, with a stocking type hat that was
blaze orange in color, that had a brown fold area at the bottom of the
hat, and the man had glasses on which were that of wire rim glasses.
After a completion was done, Mrs. Nofz stated to the procedure of
doing the composite, that the man's face, everything was pretty much
exact, except for the man's face, up in the cheek bone area was a
little wider and she was asked to draw that in by using that of a
grease marking pencil to extend the thickness of the face of that
area, which she did.  When completed, she stated that the composite
looked at least 90% to the likeness of the individual that she
believes she saw.  Also, after going through the motor vehicle
identification booklet, Mrs. Nofz picked out a vehicle that was very
similar and this was a 1987 Dodge Shadow, however, she stated that
she thought the windows sloped a little more and it did not have that
much of a trunk.  However, the taillight also did not wrap around the
side, as shown in the photograph, but other than that the style was
pretty close.  Mrs. Nofz stated that the interior of the vehicle was
a tan color and the vehicle had Michigan Plates on it.  She was asked
to describe the taillights that she recalled seeing on the vehicle.
She stated they were sort of an oblong and indicated by her hands as
showing size wise, she indicated that they were approx. 10 inches long
and also approx. 3 1/2 to 4 inches wide or high in that dimension.
Mrs. Nofz stated that if she saw either vehicle, that vehicle, or the
other vehicle that pulled that car out, she would definitely call this
officer or Kalamazoo County Sheriff's Dept. and relate to them what
she had observed.
     She stated that the truck that pulled the vehicle from the ditch
was a black pickup truck which had large tires, was sort of a beat up
truck, with no cap, was a 4-wheel drive.  The man in the vehicle, she
recalled, as being a white male, approx. in his 30's.  The man had a
beard, she wasn't sure, she didn't take that close a look at the man.
However, she did think that she had known that man in the pickup truck
from someplace.  Probably in and around the Athens area.
     After the vehicle was pulled from the ditch, Mrs. Nofz stated

     Titus                          UMIC                          001760

PAGE:   8                          St. Joseph County Sheriff        RUN TIME-    11:08
                                   INCIDENT REPORT                  RUN DATE- 12/26/9

CIDENT NO.   NATURE OF OFFENSE                       INCIDENT LOCATION
 8592-90 D   ASSISTANCE OTHER AGENCIES               KALAMAZOO CO

DATE AND TIME OCCURRED                    9908         DATE AND TIME REPORTED
                                                       12/06/90        8:30

NARRATIVE CONT:

that the truck went north on 46th Street and then the car went south
on 46th Street.  However, she had not seen either, and did not know
either vehicle before that, neither did she know either of the men by
names.  However, if she spots either of the vehicles, she will jot
down a license number or get any information possible for officers.
       The interview and the composite will be completed at this time.

REPORTING OFFICER _____     DATE ___/___/___
                                 DET/SGT LAWRENCE MOYER
COMMANDING OFFICER _____     DATE ___/___/___

Titus                              UMIC                          001761





Dennis LaBelle
Prosecuting Attorney
**Grand Traverse County**
324 COURT STREET, P.O. Box 552
TRAVERSE CITY, MICHIGAN 49685-0552 · (616) 922-4600

1-23-93

BRUCE,

I ran across this article in the local paper today. I figured you are probably aware of this, but I'm just making sure.

I hope things are going well.

For the most part this Northern Michigan life is agreeing with me. I miss some of the intensity of my old job, but there are enough challenges here for me.

Drop me a line sometime.

Brian

Titus                              UMIC                              001762

are leaving behind. The average benefit for out-of-work government employees is $173 a week for about 18

service was a career capper for them, or simply is not going

he said. "Another 25 percent will step down and that in the pro back" to previous positions

now.

# Is a serial killer putting outdoorsmen in his gunsights?

COLUMBUS, Ohio (AP) — Gloria Jean Paxton says she doesn't hate the serial killer authorities believe is responsible for the death of her son and at least three other outdoorsmen in the secluded, rolling hills of eastern Ohio.

But she has open scorn for whoever shot her 21-year-old son, Jamie, as he hunted deer on a hillside on Nov. 10, 1990.

"If I ever meet him, I will tell him he has the blood of a lot of men on his hands and no matter how many times he washes his hands, that blood will still be there," she said.

Paxton also expressed her feelings in letters posted at the site of her son's death and published in The (Martins Ferry) Times-Leader. A year after the killing, the eastern Ohio newspaper received a letter from a person who claimed to be Paxton's killer.

"Jamie Paxton was a complete stranger to me," the letter said. "The motive for the murder was this — the murder itself."

The letter gave details that authorities used to link the apparently random shootings of at least four men who were hunting, fishing or jogging alone between April 1989 and April 1992.

The Noble County prosecutor's office said evidence was presented to a grand jury this week. Authorities planned a Friday news conference about the case.

A pattern emerged after investigators learned they said the men take weekends drinking beer, driving remote roads and shooting at road signs, wildlife and killing more than 1,000 animals, including cats.

Police charged Thomas Dillon, 42,

year-old Canton water department draftsman, on Nov. 27 on unrelated firearms charges. He has not been charged in the slayings and denies involvement, according to his attorney, Roger Synenberg.

The lawyer would not discuss the case further, saying, "There have been enough rumors and innuendoes already."

Investigators said earlier that they had no witnesses, they didn't think the killer knew his victims, and there was nothing to indicate the victims ever met each other.

"These people were just there when the shooter decided to shoot," said Dave Hanna, senior agent at the FBI's Columbus office and member of a joint federal, state and local task force investigating the slayings. "There is no apparent motive — not robbery or revenge."

Hanna said additional deaths could have been overlooked as hunting accidents. He said investigators are looking at two deaths in lower Michigan in 1990 and one in northeastern Indiana in 1991 as well as two in northeastern Ohio in 1980 and 1983.

The only deaths that have been linked so far are four in eastern Ohio. The victims were Paxton, of Bannock, killed while hunting near St. Clairsville; Donald Welling, 35, of Strasburg, killed while jogging near New Philadelphia on April 1, 1989; Claude Hawkins, 49, of Canfield, killed while fishing in Coshocton County on March 14, and Gary Bradley, 44, of Williamstown, W.Va., killed while fishing near Caldwell on April 5. All were shot on a weekend with a high-powered rifle, likely from a distance, investigators said.



Thomas Lee Dillon: Arrested Nov. 27 on unrelated firearms charges. He has not been charged in the slayings and denies involvement.

A fifth death in eastern Ohio also may have been the work of the same person. Kevin Loring, 30, of Duxbury, Mass., was killed while hunting in Muskingum County on Nov. 28, 1990 — a Wednesday. The bullet that shattered his skull was never found.

According to court documents, Dillon's fellow employees said he boasted of killing dogs and cats, earning him the nickname "Killer."

Dillon also told an informant that "it would be easy to shoot someone," and that slayings in several different counties would cause jurisdictional problems for investigators, according to court documents.

With physical evidence lacking, the FBI's National Center for the Analysis of Violent Crime created a profile of the killer's likely characteristics.

Dane Shryock, a lead task force investigator, testified at Dillon's firearms hearing that the killer probably is a white man over age 30. He said the killer probably has above average intelligence but doesn't handle personal conflict and stress well.

# Science

WASHINGTON — sive rivers of vapor, ing as much water aloft have been in the lower atmosphere.

Reginald Newell, Massachusetts Institute of Technology, said was surprised to find while analyzing satellite His findings are Geophysical Research published by the Geophysical Union.

A half-dozen carry water from toward the poles narrow streams plained in a telephone view.

I expected to see flowing air masses have much larger widths. The fact that concentrated was a surprise said Newell. The like a river, he said.

The general understanding the atmosphere warming air in this region of the equator moves toward the curving somewhat the twist imparted ning of the earth.

The newly discovered do follow these principles but move th narrow streams having it spread out air mass.

They seem to go toward the poles plained, though he couple of cases stream encounter gets tangled goes back equator.

The rivers also in their movement though why this is not clear.

Grocer

# Study shows high exposure to tobacco smoke

federal study smoke preliminary data signs of Thursday about first Americans

smokers among the CDC seldom

ends next year.

Study participants are also being given questionnaires that will help pinpoint how non-smokers with high cotinine levels were exposed such as by living spouses, co-workers smoke-filled rooms

(75)

# Sniper Sought in Murders of 8 Sportsmen, 2 in Michigan

Someone is killing sportsmen in Michigan, Ohio, and Indiana. Between April 1989 and April 1992, eight sportsmen were slain by a sniper while alone in remote areas, according to the *Cleveland Plain Dealer* and other published reports.

Putting People First, an organization opposed to the tactics of "animal-rights" and environmental extremists, has learned from a source with detailed information about the case that investigators now feel that three hunters killed in Michigan and Indiana were slain by the same person believed to be responsible for the deaths of five sportsmen in eastern Ohio. All the victims were shot from long distance with a high-powered rifle. Police assessments indicate that one person was responsible for all the slayings.

Among the eight victims, five were hunters, two were fishermen, and one was a nature walker. Five of the slayings occurred in Ohio near Wheeling, West Virginia; two in Michigan's Kalamazoo County; and one in Stueben County in northeastern Indiana.

"We want to catch this guy badly," said Deputy Director Dennis Lipley of the Stueben County Sheriff's Department.

The FBI, law enforcement agencies from five counties, and the Ohio Department of Natural Resources have formed a task force to investigate the murders and have asked for the public's help—particularly from hunters and anglers.

Investigators have considered animal rights and antihunting extremism as a possible motivation for the murders. Although they have not found any link yet, they have not ruled out a connection.

Radical animal-rights groups, such as the Rocky Mountain Humane Society, have advocated hunter harassment such as shooting in the vicinity of hunters in order to stop hunts and to scare off game.

The book "A Declaration of War: Killing People To Save Animals and the Environment," written by "Screaming Wolf," and sold by Good Shepherd Foundation, recommends actually shooting hunters.

In England, Bernard Levin quoted a leader of the Hunt Retribution Squad, a fanatic antihunting group, in the *London Times* as saying that antihunters will escalate their harassment of hunters to a point "where the next stage then would be to actually take a hunter out completely."

On May 8, a Canadian Greenpeace activist was arrested for shooting at a bear hunter near Red Earth, Alberta. Graham Hood was charged with assault with a deadly weapon. After being questioned, Hood said he did not want people hunting bear in that area.

Putting People First urges hunters to remain calm and not overreact. The danger of serious injury is hard to overestimate, and any overreaction will give the animal-rights activists the ammunition they are looking for. Any suspicious persons or behavior in hunting areas should be reported to local law enforcement authorities.

—*People's Bulletin*





This person was seen in the area of Y ave and 46th St. Kalamazoo County, Wakeshama Twp. On Nov.17,1990 at about 5:00 Pm, was stuck in the ditch at the intersection, he is described a being a White Male about 30 Years of age, about 5-10 to 5-11, stocky built, had on mixed clothing, blue jeans, Camoflage jacket or sweat shirt, a Blaze Orange Stocking Cap, with a Dark Brown bottom edge, the whole fold was brown.

Subject was wearing Wire rimmed Glasses, and Made the comment that the vehicle was his wife's car, and also stated that he had a brother or Brother in law that did body work and the

damages could be repaired by this relative, and pointed toward the south, as if the relative lived in St. Joseph County.

Subject drove South on 46th St. from the scene of where he had gone into the ditch.

Composite done by Det/Sgt L. Moyer, St. Joseph County Sheriff Dept Reference Complaint 8392-90 Any Information, Contact Det. Wersema.Kalamazoo County Sheriff Dept. or Larry Moyer 001765

Case 1:23-cv-00997-HYJ-SJB   ECF No. 106-24, PageID.1935   Filed 03/03/25   Page 40 of 41

Titus

UMIC



## 1987 DODGE SHADOW

This Vehicle is described as being close Resemblance to the vehicle seen with the man in the Composite, of Complaint 8392-90, and in the area of Y Ave and 46th St. Kalamazoo County, on Nov 17,1990, shortly after a Double Shooting had Occured on the State owned Property North of Y Ave. This vehicle or Person may or may not be involved, Investigator's would like to talk with the driver of this vehicle.

The vehicle is close but not exact.    the Rear sloped and had a Short Trunk area, and had the right rear Tail light Broken and was taped with Duct Tape, Front bumper was a rough black finnish.

Any Information, contact Kalamazoo County Sheriff Dept. Det. Bruce Weresma,    or Det/Sgt Larry Moyer St. Joseph County Sheriff Dept.