UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF TITUS,

    Plaintiff,

v.

    Case No. 1:23-cv-997

    Hon. Hala Y. Jarbou

MICHAEL WERKEMA, et al.,

    Defendants.
_____/

## ORDER

Before the Court is Defendants' motion to amend the case management order, wherein Defendants request an additional 60 days for limited discovery to take additional depositions and resetting of the dispositive motion deadline (ECF No. 117).  Plaintiff filed a response, indicating that he agrees with Defendants' motion except for the request for additional depositions (ECF No. 125).

Accordingly,

**IT IS ORDERED** that Defendants' motion to amend the case management order (ECF No. 117) s **GRANTED IN PART** and **DENIED IN PART**.  The motion is **GRANTED** as to the request to reset the dispositive motion deadline and **DENIED** as to the request for additional discovery.

**IT IS FURTHER ORDERED** that all dispositive motions must be filed by **May 5, 2025**.

**IT IS FURTHER ORDERED** that the currently pending motions for summary judgment (ECF Nos. 103, 106, 108) are **DENIED as moot**.

Dated: April 22, 2025            /s/ Hala Y. Jarbou
                                         HALA Y. JARBOU
                                         CHIEF UNITED STATES DISTRICT JUDGE