UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF TITUS, individually;

      Plaintiff,

v

MICHAEL WERKEMA, in his individual capacity;
ROBERT CINABRO, as personal representative
of the Estate pf MICHAEL BROWN, in his individual
capacity; jointly and severally,

      Defendants.

Case No. 1:23-cv-00997-HYJ-SJB

Honorable Hala Y. Jarbou

Magistrate Judge Sally J. Berens

_____/

| | |
|---|---|
| MUELLER LAW FIRM<br>Wolfgang Mueller (P43728)<br>*Attorneys for Plaintiff*<br>41850 W. 11 Mile Road, Ste. 101<br>Novi, MI 48375<br>(248) 489-9653<br>wolf@wolfmuellerlaw.com | ROSATI, SCHULTZ, JOPPICH &<br>AMTSBUECHLER, P.C.<br>Andrew J. Brege (P71474)<br>Thomas D. Beindit (P81133)<br>*Attorney for Defendant Estate of Michael Brown*<br>822 Centennial Way, Ste. 270<br>Lansing, MI 48917<br>(517) 886-3800<br>abrege@rsjalaw.com<br>tbeindit@rsjalaw.com<br><br>CUMMINGS, MCCLOREY, DAVIS &<br>ACHO, PLC<br>Allan C. Vander Laan (P33893)<br>Kristen L. Rewa (P73043)<br>*Attorneys for Defendant Michael Werkema*<br>2851 Charlevoix Drive SE, Ste. 203<br>Grand Rapids, Michigan 49546<br>(616) 975-7470<br>avanderlaan@cmda-law.com<br>krewa@cmda-law.com |

_____/

## STIPULATED PROTECTIVE ORDER

As part of discovery in this case, Defendant Estate of Michael Brown's counsel requested non-party Susan Simpson produce materials related to Plaintiff Jeff Titus, Thomas Dillon, and the murders of Doug Estes and Jim Bennett. Ms. Simpson provided responsive materials and appeared for her deposition. However, Ms. Simpson still possesses audio recordings related to this pending civil litigation that have yet to be produced, including audio interviews with the late Michael Brown. Ms. Simpson believes these audio recordings should remain confidential, as they would reveal conversations that she had with an interview subject as a journalist that were not initially intended for publication. Ms. Simpson believes releasing these recordings could adversely harm her ability to conduct future interviews with subjects.

Counsel for Defendant Brown and Ms. Simpson have agreed that Ms. Simpson will produce a copy of all her audio interviews with Michael Brown within one week of the entry of this Order under certain conditions. Ms. Simpson has advised that she plans to redact certain portions of the recordings related to "off the record" conversations between herself and Mr. Brown. Defendant reserves the right to object and/or move to compel production of the redacted portions of these recordings. However, counsel wishes to review these recordings before deciding whether it wishes to pursue such avenues. The Parties likewise agree that the recordings are confidential under this Protective Order. The Parties also agree that the records request may be modified by mutual agreement of the Parties.

The following protective provisions will govern the production and disposition of materials which contain "Confidential" information, as well as the handling of testimony relevant to such information.

Based upon the stipulation of the parties, the Court hereby orders as follows:

1.    **Definition of "Confidential":**  Confidential materials shall include any audio recordings produced by Ms. Simpson in this case.

2.    **Use in this proceeding only:**  All Confidential information shall be used only for the purpose of litigating the claims in this proceeding and shall not be used or disclosed for any other purpose. Counsel for the parties may disclose Confidential information only to the following:

> Persons employed in the law offices of parties' counsels' office, where disclosure is reasonably necessary for those persons to render services in connection with this case;

> Experts that have consulted with and/or have been retained by the Defense Counsel in connection with this case, after said experts have been informed of the provisions contained within this Protective Order and have agreed  in writing to keep the material or information confidential in accordance with the provisions of this stipulation;

> Witnesses and parties for the purposes of examining said witnesses and parties during their deposition, provided that said witnesses and parties have been advised of the provisions contained within this Protective Order and agree on the record to keep the material  or information confidential as provided in this stipulation; and

> The Court or persons performing a role in the administration of Court procedures in connection with this case, for purposes of such procedures, including motions, mediation, and settlement conferences.

> Parties and their representatives after said individuals have been informed of the provisions contained within this Protective Order and have agreed in writing to comply with the terms of this stipulation.

3.    **Confidential information:**  The recipient of any Confidential information will keep said information confidential pursuant to the terms of this Protective Order. Any individual receiving Confidential information is enjoined from disclosing said information to any other person, except as governed by this Order.

4.    **Inadvertent disclosure:**  Inadvertent disclosure of any information or document does not waive the confidential nature of the information or document.

5. **No admissions or waivers:** This stipulated Order is intended solely to protect the confidentiality of the information and to facilitate the preparation of materials in response to Defendant's request for records and must not be construed in any way as an admission or agreement that the designated disclosure actually constitutes or contains any privileged, confidential, or proprietary information under applicable law. Moreover, nothing contained in this Protective Order shall be deemed a waiver of the right to object to any further subpoena or of the right of any party to seek additional discovery. Finally, disclosure of all or part of a document subject to this Protective Order does not act as a waiver of any exemption, affirmative defense, or legal argument against disclosure that may be raised by Ms. Simpson or any other Party.

6. **Enforcement until modified:** This Protective Order will remain in force and effect until modified, superseded, or terminated by a written agreement of counsel of record or by order of the Court.

**IT IS SO ORDERED.**

                                    /s/ Sally J. Berens
                                    SALLY J. BERENS
                                    United States Magistrate Judge

Dated: April  30 , 2025

Stipulated and Approved for Entry:


/s/ *Thomas Beindit*
Thomas David Beindit (P81133)
Attorneys for Defendant Michael Brown

/s/ *Allan C. Vander Laan (with consent)*
Allan C. Vander Laan (P33893)
Attorneys for Defendant Michael Werkema


/s/ *Wolfgang Mueller (with consent)*
Wolfgang Mueller (P43728)
Attorney for Plaintiff

/s/ *Susan Simpson (with consent)*
Susan Simpson