UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF TITUS,

    Plaintiff,

v.

MICHAEL WERKEMA, et al.,

    Defendants.

_____/

Case No. 1:23-cv-997

Hon. Hala Y. Jarbou

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that the motion for summary judgment by Defendant Cinabro (ECF No. 132) is **GRANTED** as set forth in the opinion.

**IT IS FURTHER ORDERED** that the remaining claims against Defendant Cinabro are **DISMISSED**.

**IT IS FURTHER ORDERED** that the motion for summary judgment by Defendant Werkema (ECF No. 134) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff's *Brady* claim against Werkema regarding the suppression of evidence and information about Dillon as an alternative suspect is **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 130) is **DENIED**.

The only remaining claim in the case is Plaintiff's claim that Werkema violated *Brady* by not turning over a written statement by Bonnie Huffman regarding the timing of Titus's arrival at her parents' home on the day of the murders.

Dated: November 20, 2025                         /s/ Hala Y. Jarbou
                                                         HALA Y. JARBOU
                                                         CHIEF UNITED STATES DISTRICT JUDGE