JEFF TITUS, individually;

       Plaintiff,

-v-                                No.  23-cv-00997
                                         Hon.  Hala Y. Jarbou

MICHAEL WERKEMA, in his          Mag. Sally J. Berens
individual capacity,

       Defendant.

---

## STIPULATED ORDER FOR EXCUSAL FROM A
## PORTION OF THE 3/12/26 SETTLEMENT CONFERENCE

**THIS MATTER,** having come before the Court on review of the stipulation

of the parties below for excusal of Plaintiff's counsel from a portion of the

settlement conference scheduled before Magistrate Judge Berens on March 12,

2026, at 9:15 a.m., and being further, fully advised of the following:

1.     This matter is currently scheduled for a settlement conference before

Magistrate Judge Sally Berens on March 12, 2026, at 9:15 a.m.;

2.     Plaintiff's counsel, Wolfgang Mueller, is a member of the State of

Michigan Unarmed Combat Commission and must be present at the Commission

meeting at 10:00 a.m., on March 12, 2026, for election of officers;

3.     The parties agree and stipulate to allow Plaintiff's counsel's excusal

from a portion of the settlement conference from 10:00 a.m., until 10:25 a.m., on

March 12, 2026.

**IT SO ORDERED.**

Dated: March 9, 2026                    /s/ Sally J. Berens
                                        U.S. Magistrate Judge Sally J. Berens


Approved as to form and stipulated to by:


s/Wolfgang Mueller                      s/Allan C. Vander Laan (with consent)
Wolfgang Mueller (P43728)               Allan C. Vander Laan (P33893)
Attorney for Plaintiff                  Kristen Rewa (P73043)
                                        Attorneys for Defendant, Michael
                                        Werkema