# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:23-cv-00997-HYJ | 3/12/2026 | 9:15 AM – 10:58 AM | Sally J. Berens |

## CASE CAPTION

| Titus v. Werkema et al |
|---|

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Wolfgang Mueller | Plaintiff Jeff Titus |
| Allan C. Vander Laan | Defendant Michael Werkema |

## PROCEEDINGS

**NATURE OF HEARING:** Settlement Conference held; case did not settle; settlement negotiations to continue.

Proceedings Not Recorded
Deputy Clerk: J. Norton