UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF TITUS, individually;

      Plaintiff,

v.

MICHAEL WERKEMA, in his individual capacity; ~~and ESTATE OF MICHAEL BROWN, by Personal Representative Robert H. Cinabro; jointly and severally,~~

      Defendants.

Case No. 1:23-cv-997-HYJ-SJB
HON. HALA Y. JARBOU

---

| | |
|---|---|
| Wolfgang Mueller (P43728)<br>Mueller Law Firm<br>Attorney for Plaintiff<br>41850 W. Eleven Mile Road<br>Suite 101<br>Novi, MI 48375<br>(248) 489-9653<br>wolf@wolfmuellerlaw.com | Allan C. Vander Laan (P33893)<br>Kristen L. Rewa (P73043)<br>Cummings, McClorey, Davis & Acho, PLC<br>Attorneys for Defendant Michael Werkema<br>2851 Charlevoix Drive SE, Ste. 203<br>Grand Rapids, MI 49546<br>(616) 975-7470<br>avanderlaan@cmda-law.com<br>krewa@cmda-law.com |

---

## STIPULATION REGARDING EVIDENTIARY MATTERS AT TRIAL

NOW COME the parties, by and through their respective counsel, and hereby stipulate and agree on evidentiary matters in preparation for trial, set to begin on June 1, 2026, as follows:

{02566501-1 }

1.  The parties agree to amend the exhibit list contained in the Proposed Joint Final

Pretrial Order (ECF 205) to include an exhibit that was inadvertently removed from

the list.

| # | DESCRIPTION | OBJECTION |
|---|---|---|
| I | *State v Titus,* Criminal Trial Prosecution Exhibits (23 items) | OBJECTION: Irrelevant FRE 401-403; lack of foundation for admission of exhibits. |

Approved as to form and stipulated to by:

/s/ *Wolfgang Mueller* with permission
Wolfgang Mueller (P43728)
Attorney for Plaintiff

/s/ *Kristen L. Rewa*
Allan C. Vander Laan (P33893)
Kristen L. Rewa (P73043)
Attorneys for Defendant Werkema