# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:23-cv-00997-HYJ | 5/15/2026 | 9:00 AM – 1:15 PM<br>3:00 PM – 4:30 PM | Sally J. Berens |

## CASE CAPTION

| Titus v. Werkema et al |
|---|

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Wolfgang Mueller | Plaintiff Jeff Titus |
| Allan C. Vander Laan<br>Kristin Rewa | Defendant Michael Werkema |

## PROCEEDINGS

| **NATURE OF HEARING:** Continued Settlement Conference held; mediator's proposal given. |
|---|

Proceedings Not Recorded
Deputy Clerk: J. Lenon