UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF TITUS,

       Plaintiff,                       Case No. 1:23–cv–00997–HYJ–SJB

    v.                             Hon. Hala Y. Jarbou

MICHAEL WERKEMA,

       Defendant.

_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Status Conference |
| Date/Time: | May 18, 2026   01:30 PM<br>*(previously set for May 18, 2026 at 2:30 PM at 128 Federal Building, Lansing, MI)* |
| Chief Judge: | Hala Y. Jarbou |
| Place/Location: | by video |

*Change in time and location.*

                              HALA Y. JARBOU
                              Chief United States District Judge

Dated:  May 18, 2026        By:   _/s/ A. Seymore_____
                                  Case Manager