**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**


**MINUTES**

JEFF TITUS,

      Plaintiff,

                                  CASE NO. 1:23-cv-997
v.                                    DATE: 5/18/2026
                                    TIME: 1:33 PM – 1:37 PM
MICHAEL WERKEMA, et al.,             PLACE: Lansing (via Zoom)
                                  JUDGE: Hala Y. Jarbou

      Defendants.

_____/

**APPEARANCES**

PLAINTIFF(S):
Donald H. Dawson, Jr.
Wolfgang Mueller

DEFENDANT(S):
Kristen Lee Rewa


**PROCEEDINGS**

NATURE OF HEARING:
Status conference held; case settled; order to issue.




COURT REPORTER:   Stefanie Pohl _____      _____/s/ A. Seymore_____
                                                       CASE MANAGER