UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF TITUS, individually;

    Plaintiff,

v.

MICHAEL WERKEMA, in his individual capacity; ~~and ESTATE OF MICHAEL BROWN, by Personal Representative Robert H. Cinabro; jointly and severally,~~

    Defendants.

Case No. 1:23-cv-997-HYJ-SJB
HON. HALA Y. JARBOU

---

| | |
|---|---|
| Wolfgang Mueller (P43728) | Allan C. Vander Laan (P33893) |
| Mueller Law Firm | Kristen L. Rewa (P73043) |
| Attorney for Plaintiff | Cummings, McClorey, Davis & Acho, PLC |
| 41850 W. Eleven Mile Road | Attorneys for Defendant Michel Werkema |
| Suite 101 | 2851 Charlevoix Drive SE, Ste. 203 |
| Novi, MI 48375 | Grand Rapids, MI 49546 |
| (248) 489-9653 | (616) 975-7470 |
| wolf@wolfmuellerlaw.com | avanderlaan@cmda-law.com |
| | krewa@cmda-law.com |

---

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES

## STIPULATION

NOW COME the parties, by and through their respective counsel, and hereby stipulate that this action be dismissed with prejudice and without costs to any party. The parties agree that the Court retains jurisdiction over this matter concerning matters of payment of the settlement proceeds.

Dated: June 1, 2026 */s/ Wolfgang Mueller*            *w/ permission*
Wolfgang Mueller (P43728)
Mueller Law Firm
Attorney for Plaintiff


Dated: June 1, 2026 */s/ Allan C. Vander Laan*
Allan C. Vander Laan (P33893)
Kristen L. Rewa (P73043)
Cummings, McClorey, Davis & Acho, PLC
Attorneys for Defendant Michel Werkema


**ORDER**

Pursuant to the above Stipulation, the Court hereby orders that this action be dismissed with prejudice and without costs to any party.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter concerning matters of payment of the settlement proceeds.

IT IS SO ORDERED.

This Order resolves the last pending claim and closes the case.


Dated: June 1, 2026 /s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge